# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Noah J. McCourt,                                                    Civil No. 22-2372 (DWF/DTS)

        Plaintiff,

v.                                                                                    **ORDER**

Sibley County,

        Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated February 22, 2023.  (Doc. No. 14.)  No objections have been filed to that Report and Recommendation in the time period permitted.

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference herein.  The Magistrate Judge recommended dismissing this action without prejudice for failure to prosecute.  No objections have been filed to Magistrate Judge Schultz's Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1.      Magistrate Judge David T. Schultz's Report and Recommendation (Doc. No. [14]) is **ADOPTED.**

2.      This matter is **DISMISSED WITHOUT PREJUDICE** for failure to

prosecute.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 5, 2023                s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge