# UNITED STATES DISTRICT COURT
## District of Minnesota

Noah J. McCourt,

        Plaintiff(s)

v.

Sibley County,

        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-2372 DWF/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Magistrate Judge David T. Schultz's Report and Recommendation (Doc. No. [14]) is **ADOPTED.**

2. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Date: 4/5/2023

KATE M. FOGARTY, CLERK